George A. Giles, appellee, v. Grady and Neary Ink Company, appellant. Gen. No. 38,958.

 Opinion filed November 30, 1936.

John J. Gorman, for appellant. George A. Bosomburg, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Peter G. DeMet, plaintiff in error. Gen. No. 39,040.

 Opinion filed November 30, 1936.

W. G. Anderson, for plaintiff in error. Otto Kerner, Attorney General, for defendant in error; John H. Gately, Assistant Attorney General, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Harold F. Page, appellee, v. Charlotte C. Page, appellant. Gen. No. 39,053.

 Opinion filed November 30, 1936. Rehearing denied December 14, 1936.

Cassels, Potter & Bentley, for appellant; Kenneth B. Hawkins, of counsel. Cohon & Goldstein, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.